# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY KAMRUD, Individually and as Managing Conservator to ASPYN KAMRUD, a minor child, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 24 C 5698 Honorable Young B. Kim |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and BNSF RAILWAY COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION FOR A QUALIFIED PROTECTIVE ORDER

NOW COME Defendants **NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY**, by their attorneys, ANDERSON, RASOR & PARTNERS, LLP, pursuant to 42 U.S.C. §1320d and 45 CFR Parts 160 and 164 (HIPAA) as amended by Pub L 111-5, 123 Stat 115 (the HITECH Act), and without objection from the Plaintiffs, **TAMMY KAMRUD and ASPYN KAMRUD**, request that this court enter a qualified protective order, stating as follows:

1. Plaintiff has filed a case alleging that the Defendant negligently caused the Plaintiffs injuries.

2. The treating physicians, hospitals and other health care providers disclosed by plaintiffs in this case, are all "covered entities" as defined by 45 CFR 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR § 164.512(e).

3. These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to **TAMMY KAMRUD and ASPYN KAMRUD**.

4. Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to **TAMMY KAMRUD and ASPYN KAMRUD** which is in the treating providers' possession.

5. Counsel for Plaintiffs has seen this Motion and the proposed Order and is in agreement with the entry thereof.

WHEREFORE, Defendants, NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY, respectfully request that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to **TAMMY KAMRUD and ASPYN KAMRUD** for any purpose connected with the pending litigation.

        NATIONAL RAILROAD PASSENGER
        CORPORATION and BNSF RAILWAY
        COMPANY

        By: /s/ Susan K. Laing
            One of their attorneys

Susan K. Laing
Anderson Rasor & Partners LLP
150 South Wacker Drive, Suite 350
Chicago, Illinois 60606
Tel: 312-673-7800
Susan.Laing@ARandPartners.com