UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Tammy Kamrud, et al.
                Plaintiff,

v.                                       Case No.: 1:24−cv−05698

                                            Honorable Martha M. Pacold

National Railroad Passenger Corporation, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone motion hearing held on 8/27/2025. Plaintiffs' oral motion to seal document No. [38] and its attachments is granted. Plaintiffs' motion to approve settlement of a minor's cause of action and approving distribution of funds, [38], is granted. The court approves the settlement of this case; finds the settlement to be fair and reasonable; approves attorneys' fees and litigation expenses incurred; and approves deposit of the distributable settlement proceeds in a restricted account not to be withdrawn without further order of court. By 10/27/2025, the parties are directed to file a joint status report updating the court on the status of settlement unless a stipulation of dismissal is filed prior to that date. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.